# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1435
_____

CLARK YATES,

    Appellant,

    v.

DAVID MORGAN, in his official
capacity as Sheriff of Escambia
County, Florida; and DENISE
ELIZABETH IVES, individually,

    Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, Judge.

July 9, 2019

PER CURIAM.

    AFFIRMED.

WOLF, ROBERTS, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Marie A. Mattox of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Jason Vail and Kayla E. Platt Rady of Jolly, Peterson & Truckenbrod, P.A., Tallahassee; William G. Warner and Timothy M. Warner of Warner Law Firm, P.A., Panama City, for Appellees.